UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHONNA COUNTER, | CV 19-298 PA (JPRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| LANCE CAMPER MFG. CORP., et al., | |
| Defendants. | |

Pursuant to the Court's September 5, 2019 Minute Order dismissing this action for failure to comply with the Court's orders and failing to prosecute,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: September 5, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE